# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

JOSE SANCHEZ UBIETA
PLAINTIFF,

v.

ON DEMAND STAFFING, INC.
DEFENDANT.

Case No. 1:20-cv-03274-JMS-DLP

> Dismissal with prejudice acknowledged [24]. JMS, DJ 6/4/21 Distribution via ECF.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and defendant, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be voluntarily dismissed with prejudice, with each side to bear his or their own costs and attorneys' fees.

Date:   June 3, 2021

Respectfully Submitted,

Christopher E. Clark, #18577-29
GOODIN ABERNATHY, LLP
301 E. 38th Street
Indianapolis IN 46205
(317) 843-2606
cclark@goodinabernathy.com

Tyler D. Helmond, #28850-49
VOYLES VAIANA LUKEMEYER
BALDWIN & WEBB
One Indiana Square
211 N. Pennsylvania Street, Ste. 2400
Indianapolis IN 46204
(317) 632-4463
thelmond@voyleslegal.com

*Attorney for Plaintiff Jose Sanchez Ubieta*

*Attorney for Defendant On Demand Staffing, Inc.*